## CERTIFICATION OF PLAINTIFF

I, Suryanarayanan Ranganathan, ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a draft complaint against WildHorse Resource Development Corp. ("WildHorse") and its board of directors and has authorized the filing of a complaint substantially similar to the one I reviewed.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in WildHorse securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

5. In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing information is correct to the best of my knowledge.

Signed this _31_ day of December, 2018.

_____
Suryanarayanan Ranganathan

| Transaction (Purchase or Sale) | Trade Date | Price Per Unit | Quantity |
|---|---|---|---|
| Purchase | May 29, 2018 | $26.00 | 1200 |
| | | | |
| | | | |